# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Keith A. Hoover<br>    Debtor | BK NO. 15-05280 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                          Respectfully submitted,

                          **/s/ James C. Warmbrodt, Esquire**
                          James C. Warmbrodt, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322 FAX (215) 627-7734
                          Attorney for Movant/Applicant