UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEITH A. HOOVER

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

KEITH A. HOOVER

CASE NO: 4-15-05280-JJT

    Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 22, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on January 14, 2016.

2. A Confirmation hearing was held denying confirmation on January 26, 2018.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

Respectfully submitted,

s/ Agatha R. McHale, Esq.
Id: 47613
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313
eMail: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   KEITH A. HOOVER

                    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                    Movant

CASE NO: 4-15-05280-JJT

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Courthouse and Federal Building<br>Courtroom #1, 4th Floor<br>240 West Third Street<br>Williamsport, PA 17701 | Date: April 27, 2018<br><br>Time: 10:05 AM |
|---|---|

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
Email:  dehartstaff@pamd13trustee.com

Dated:  March 22, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEITH A. HOOVER

CHAPTER 13

CASE NO: 4-15-05280-JJT

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

## CERTIFICATE OF SERVICE

AND NOW, on March 22, 2018, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

DONALD M. HAHN, ESQUIRE
122 EAST HIGH STREET
P.O. BOX 209
BELLEFONTE, PA 16823-

KEITH A. HOOVER
135 HILLTOP DRIVE
KARTHAUS, PA 16845

    Respectfully Submitted,
    s/ Vickie Williams
    for Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    Email: dehartstaff@pamd13trustee.com

Dated: March 22, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEITH A. HOOVER

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

KEITH A. HOOVER

CASE NO: 4-15-05280-JJT

    Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.