IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| KEITH A. HOOVER, | : CASE NO. 15-05280 |
| DEBTOR | : ANSWER |
| KEITH A. HOOVER, | : |
| MOVANT | : |
| V. | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : |
| RESPONDENT | : RELATED TO DOCKET NO. 85 |

**PENNSYLVANIA DEPARTMENT OF REVENUE'S
ANSWER TO DEBTOR'S OBJECTION TO PROOF OF CLAIM**

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue (hereinafter "Department"), by and through its Office of Chief Counsel and Counsel Jim Peavler, and files this Answer to wit:

1. Admitted. By way of further response, the Department filed an Amended Proof of Claim on May 1, 2018.

2. Denied. By way of further response, the Debtor fails to provide for payment of the Departments fees and penalties allowed under 11 U.S.C. §506(b).

3. Denied. By way of further response, the Department has a secured claim in the amount of $7,434.80.

Wherefore, the Department respectfully request that this Honorable Court overrule Debtors Objection and allow the Departments secured claim in the amount of $7,434.80, and any other relief as is equitable and just.

Dated: May 9, 2018                                         Respectfully Submitted

                                                /s/    Jim Peavler
Jim Peavler
Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 320663
Phone: 717-787-2747
Facsimile: 717-772-1459