# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| KEITH A. HOOVER, | : CASE NO. 15-05280-JJT |
| DEBTOR | : |
| KEITH A. HOOVER, | : ANSWER |
| PLAINTIFF | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, | : |
| DEFENDANT | : RELATED TO DOCKET NO. 89 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S ANSWER TO DEBTOR'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF TAX DEBT

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Answer to Debtor's Complaint to Determine Discharge of Debt, on the parties at the below addresses, on May 10, 2018, by:

**15-05280-JJT Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ha.ecf@usdoj.gov

Jonathan W. Chatham at RA-occbankruptcy7@state.pa.us, RA-occbankruptcy6@state.pa.us

Charles J. DeHart III at dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com

Donald M. Hahn at dhahn@nittanylaw.com

Mario J. Hanyon at pamb@fedphe.com

D. Brian Simpson at USAPAM.Bankr-wilkesbarre@usdoj.gov, caseview.ecf@usdoj.gov

Thomas Song at pamb@fedphe.com

James Warmbrodt at bkgroup@kmllawgroup.com

**15-05280-JJT Notice will not be electronically mailed to:**

EXECUTED ON: May 10, 2018

                                      Respectfully submitted by,

By:   /s/ Jim Peavler
       Counsel
       PA Department of Revenue
       Office of Chief Counsel
       Dept. 281061
       Harrisburg, PA 17128-1061
       PA I.D. 320663
       Phone: 717-787-2747
       Facsimile: 717-772-1459
       jpeavler@pa.gov