IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| KEITH A. HOOVER, ) | |
| ) | Case No. 4:15-bk-5280-JJT |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| KEITH A. HOOVER, ) | |
| ) | |
| Objector, ) | Objection to Proof of Claim |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF THE TREASURY – ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Claimant. ) | |
| _____ ) | |

**STIPULATION REGARDING DEBTOR'S OBJECTION TO IRS' PROOF OF CLAIM**

The Debtor, Keith A. Hoover, and the United States of America, as the real party in interest and on behalf of the named federal defendant Department of the Treasury – Internal Revenue Service, jointly stipulate as follows:

1. The Department of the Treasury – Internal Revenue Service filed a Proof of Claim in this matter.

2. The Debtor filed an Objection to the Proof of Claim on April 11, 2018.

3. The Debtor did not serve the Objection in accordance with Federal Rules of Bankruptcy Procedure 3007(a)(2)(A)(i) and 7004(b)(5).

4. The Debtor will re-serve the Objection in accordance with the rules, and file a certificate of service.

1

5. Once the Debtor achieves proper service of process, the United States will have 30 days to respond to the Objection.

*/s/ Matthew B. Miller*  
MATTHEW B. MILLER  
Trial Attorney, Tax Division  
U.S. Department of Justice  
P.O. Box 227  
Washington, D.C. 20044  
202-616-3448 (v)  
202-514-6866 (f)  
Matthew.B.Miller@usdoj.gov

*Counsel for the United States of America*

*/s/ Donald M. Hahn*  
Donald M. Hahn, Esquire  
122 East High Street  
P.O. Box 209  
Bellefonte, PA 16823  
(814) 355-8235

*Counsel for the Debtor*

# CERTIFICATE OF SERVICE

   I hereby certify that on this 15th day of May, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

              */s/ Matthew B. Miller*
              MATTHEW B. MILLER
              Trial Attorney
              United States Department of Justice, Tax Division