```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                      Case No. 15-05280-JJT
Keith A. Hoover                                             Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
```

District/off: 0314-4      User: CGambini        Page 1 of 1           Date Rcvd: May 16, 2018
                          Form ID: nthrgreq     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: cio.bncmail@irs.gov May 16 2018 19:01:10     Internal Revenue Service,
                  Special Procedures Branch,    P.O. Box 12051, Room 6404,   Philadelphia, PA  19105
                                                                                           TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*               +Internal Revenue Service,    600 Arch St Room 5200,   Philadelphia, PA 19106-1611
4741003*        +Internal Revenue Service,    P.O. Box 7346,   Philadelphia, Pennsylvania 19101-7346
                                                                                       TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              D Brian Simpson    on behalf of Creditor    Internal Revenue Service
               USAPAM.Bankr-WilkesBarre@usdoj.gov, CaseView.ECF@usdoj.gov
              Donald M Hahn    on behalf of Debtor 1 Keith A. Hoover dhahn@nittanylaw.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jim Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Jonathan Wilkes Chatham    on behalf of Creditor    PA Dept of Revenue
               RA-occbankruptcy7@state.pa.us, RA-occbankruptcy6@state.pa.us
              Mario John Hanyon    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              Thomas Song    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Keith A. Hoover<br>**Debtor(s)** | Chapter: 13<br><br>Case number: 4:15−bk−05280−JJT<br><br>Document Number: 84 |
| Keith A. Hoover<br>**Movant(s)**<br><br>vs.<br><br>Department of the Treasury − Internal Revenue Service<br>**Respondent(s)** | Matter: Objection to Claim Number 2 of Department of the Treasury − Internal Revenue Service |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on December 9, 2015.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court<br>US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701** | Date: May 25, 2018<br><br>Time: 10:00 AM |

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 16, 2018 |