IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| KEITH A. HOOVER, ) | |
| ) | Case No. 4:15-bk-5280-JJT |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| KEITH A. HOOVER, ) | |
| ) | |
| Objector, ) | Objection to Proof of Claim |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF THE TREASURY – ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Claimant. ) | |
| _____ ) | |

**STIPULATION REGARDING DEBTOR'S OBJECTION TO IRS' PROOF OF CLAIM**

The Debtor, Keith A. Hoover, and the United States of America, as the real party in interest and on behalf of the Department of the Treasury – Internal Revenue Service, jointly stipulate as follows:

1. The Department of the Treasury – Internal Revenue Service (the "Service" or "IRS") filed a Third Amended Proof of Claim. (Claim No. 2-4).

2. The Debtor filed an Objection to the Third Amended Proof of Claim on May 16, 2018. (Dkt. No. 93).

3. The Service filed a Fourth Amended Proof of Claim on June 7, 2018. (Claim No. 2-5).

4. The parties agree that the Debtor's May 16 Objection is now moot.

1

2

5. The parties are not requesting that the Court hold a hearing on the May 16 Objection.

6. The parties shall bear their own costs and attorney's fees with respect to this stipulation.


*/s/ Matthew B. Miller*  
MATTHEW B. MILLER  
Trial Attorney, Tax Division  
U.S. Department of Justice  
P.O. Box 227  
Washington, D.C. 20044  
202-616-3448 (v)  
202-514-6866 (f)  
Matthew.B.Miller@usdoj.gov  

*Counsel for the United States of America*

*/s/ Donald M. Hahn*  
Donald M. Hahn, Esquire  
122 East High Street  
P.O. Box 209  
Bellefonte, PA 16823  
(814) 355-8235  

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 14th day of June, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

               */s/ Matthew B. Miller*
               MATTHEW B. MILLER
               Trial Attorney
               United States Department of Justice, Tax Division

3

Case 4:15-bk-05280-JJT Doc 96 Filed 06/14/18 Entered 06/14/18 10:35:37 Desc
Main Document  Page 3 of 3