UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KEITH A. HOOVER | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| KEITH A. HOOVER | : | |
| Respondent(s) | : | CASE NO. 4-15-bk-05280 |

## OBJECTION TO DEBTOR'S AMENDED EXEMPTIONS

AND NOW, this 30th day August, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the debtor's exemptions for the following reason(s):

1. Trustee objects to debtor's exemption of assets claimed under 11 U.S.C. §522(d)(1).

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtor's Exemptions.

          Respectfully submitted,

          Charles J. DeHart, III
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717)566-6097

BY:     /s/Agatha R. McHale
             Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 30th day August, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Donald Hahn, Esquire
P.O. Box 209
Bellefonte, PA 16823

                                                /s/Deborah A. Behney
                                                Office of Charles J. DeHart, III
                                                Standing Chapter 13 Trustee