UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KEITH A. HOOVER | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| KEITH A. HOOVER | : | |
| Respondent(s) | : | CASE NO. 4-15-bk-05280 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO EXEMPTIONS

AND NOW, this 4th day of September, 2018, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Exemptions filed on or about August 30, 2018 be withdrawn, as all issues have been resolved.

        Respectfully submitted:

        /s/Charles J. DeHart, III
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 4th day of September, 2018, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Donald Hahn, Esquire
P.O. Box 209
Bellefonte, PA  16823

        /s/Deborah A. Behney
        Office of Charles J. DeHart, III
        Standing Chapter 13 Trustee