```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 15-05280-RNO
Keith A. Hoover                                                         Chapter 13
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0314-4          User: CGambini              Page 1 of 2               Date Rcvd: Jun 21, 2019
                              Form ID: ordsmiss           Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.
```
db         +Keith A. Hoover,    135 Hilltop Drive,    Karthaus, PA 16845-9409
cr         +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
4741001    +Babst, Calland, Clements & Zomnir, PC,    330 Innovation Blvd., Ste. 302,
             State College, PA 16803-6611
4741002     Green Tree Servicing,    345 St. Peter St.,    1100 Landmark Towers,   St. Paul, MN 55102
4741004    +KML Law Group, PC,    5000 BNY Mellon Independence Center,    701 Market St.,
             Philadelphia, PA 19106-1538
5117842    +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
             Oklahoma City, OK 73134-2500
5117843    +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
             Oklahoma City, OK 73134,    LSF10 Master Participation Trust c/o Cal,   13801 Wireless Way,
             Oklahoma City, OK 73134-2500
4741006    +TS Expediting Services, Inc.,    c/o Handwork & Kerscher, LLP,
             1090 W. South Boundary St., Ste. 150,    Perrysburg, OH 43551-5281
4801767    +TS Expediting Services, LP,    c/o Handwork & Kerscher, LLP,
             1090 W. South Boundary St., Ste. 150,    Perrysburg, OH 43551-5281
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/Text: bncmail@w-legal.com Jun 21 2019 19:09:23     Comenity Capital Bank,
             C/O Weinstein & Riley P.S.,    2001 Western Ave Ste 400,    Seattle, WA 98121-3132
cr          EDI: IRS.COM Jun 21 2019 23:08:00      Internal Revenue Service,    Special Procedures Branch,
             P.O. Box 12051, Room 6404,    Philadelphia, PA  19105
4745420    +E-mail/Text: bncmail@w-legal.com Jun 21 2019 19:09:23     COMENITY CAPITAL BANK,
             C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4780155     E-mail/Text: bankruptcy.bnc@ditech.com Jun 21 2019 19:09:09     Ditech Financial LLC,
             PO BOX 6154,    Rapid City, SD 57709-6154
4744600     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 21 2019 19:09:15
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
4741005    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 21 2019 19:09:15
             Pennsylvania Department of Revenue,    Dept. 280946,    Attn: Bankruptcy Division,
             Harrisburg, Pennsylvania 17128-0001
5156383    +E-mail/Text: bncmail@w-legal.com Jun 21 2019 19:09:23     SYNCHRONY BANK,
             C/O WEINSTEIN & RILEY P.S.,    2001 WESTERN AVE. SUITE 400,    SEATTLE, WA 98121-3132
5156384    +E-mail/Text: bncmail@w-legal.com Jun 21 2019 19:09:23     SYNCHRONY BANK,
             C/O WEINSTEIN & RILEY P.S.,    2001 WESTERN AVE. SUITE 400,    SEATTLE, WA 98121,
             SYNCHRONY BANK,    C/O WEINSTEIN & RILEY P.S. 98121-3132
                                                                                             TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
              Oklahoma City, OK 73134-2500
4741003*    +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
4801768*    +TS Expediting Services, LLP,    c/o Handwork & Kerscher, LLP,
              1090 W. South Boundary St., Ste. 150,    Perrysburg, OH 43551-5281
                                                                                  TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-4            User: CGambini              Page 2 of 2              Date Rcvd: Jun 21, 2019
                                Form ID: ordsmiss           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              D Brian Simpson    on behalf of Creditor    Internal Revenue Service d.brian.simpson@usdoj.gov,
               jennifer.johnson-sbert@usdoj.gov
              Donald M Hahn    on behalf of Debtor 1 Keith A. Hoover dhahn@nittanylaw.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jim Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Jonathan Wilkes Chatham    on behalf of Creditor    PA Dept of Revenue
               RA-occbankruptcy7@state.pa.us,  RA-occbankruptcy6@state.pa.us
              Mario John Hanyon    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
              Matthew Brice Miller    on behalf of Creditor    United States of America
               Matthew.B.Miller@usdoj.gov, eastern.taxcivil@usdoj.gov
              Thomas Song    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Keith A. Hoover,<br>**Debtor 1** | Chapter 13<br><br>Case No. 4:15–bk–05280–RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: June 21, 2019

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

ordsmiss (05/18)